FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NORMAN WERNER,

Plaintiff,

-vs-                                          CASE NO.: 5:14-cv-524-oc-34PRL

GREAT SPORTS, INC., d/b/a
SAFERWHOLESALE.COM,

Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 et seq. ("TCPA").

## JURISDICTION AND VENUE

2. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §§1331.

3. The alleged violations described in the Complaint occurred in Sumpter County, Florida.

## FACTUAL ALLEGATIONS

4. Plaintiff is a natural person, and citizen of the State of Florida, residing in The Villages, Sumpter County, Florida.

5. Plaintiff is the "called party." See Soppet v. Enhanced Recovery Co., LLC, 679 F.3d 637, 643 (7th Cir. 2012), reh'g denied (May 25, 2012).

6. Defendant is a corporation and a citizen of the State of Illinois, doing business via its agent, Bryan L. Bruns, at 321 West Maple Street #101, New Lenox, IL 60451.

1

7. Plaintiff is the regular user and carrier of the cellular telephone number at issue, (352) 552-6979, and was the called party and recipient of Defendant's telephone solicitation text messages.

8. In or about April of 2014, Plaintiff found Defendant's website saferwholesale.com via a Google search for a mobility scooter, and provided his contact information for the purpose of obtaining information on models, pricing and availability of their products. Shortly thereafter, Plaintiff left Defendant's website, never to return, and ultimately purchased a mobility scooter via another retailer.

9. On or about April 18, 2014, Defendant initiated its campaign of solicitation text message to the Plaintiff on his aforementioned cellular telephone. Upon receipt of the calls and texts, Plaintiff's caller ID identified that they were being initiated from the following short code: 555888.

10. On information and belief, and based on the receipt of identical and repetitious messages, the text messages from Defendant were placed using automated telephone dialing equipment, without human intervention.

11. Each text the Defendant made to the Plaintiff was made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

12. Defendant initiated each of text messages at issue to Plaintiff for the purpose of encouraging the purchase of merchandise by Plaintiff for the financial benefit of Defendant.

13. The text messages constituted "telephone solicitation" as defined by the TCPA and its Rules and Regulations, 47 U.S.C. § 227(a)(4) and 47 C.F.R. § 64.1200(f)(14).

14. On or about April 18, 2014, on receipt of the first solicitation text message from Defendant, Plaintiff responded to Defendant at short code "555888" with the message "Stop," pursuant to the Defendant's text message's instructions to "Reply Stop 2 Stop."

15. By responding "Stop" to Defendant's April 18, 2014 text message, Plaintiff revoked any consent Defendant had, or believed to have had, to contact him on his cellular telephone using an automated telephone dialing system.

16. On multiple occasions between April 18, 2014 and July 19, 2014, Plaintiff spoke with an agent/representative of Defendant by calling the phone number identified in the solicitation text messages, (866) 606-3991, and informing an agent/representative of Defendant to put an end to the incessant, unwanted contact. Plaintiff was often met with the response of an apology, and instructed to reply to the text messages with the word "Stop."

17. On one specific occasion in or about July of 2014, Plaintiff contacted Defendant at (866) 606-3991, after receiving yet another solicitation text message, and spoke with Defendant's agent/representative "Alex," who apologized to the Plaintiff for the continued messages, took Plaintiff's aforementioned cellular telephone number, and assured Plaintiff that the solicitation text messages would stop.

18. Additionally, on at least 20 separate occasions between April 18, 2014 and July 19, 2014 Plaintiff would respond to Defendant at short code "555888" with the message "Stop," pursuant to the Defendant's text message's instructions to "Reply Stop 2 Stop."

19. Despite his multiple conversations with Defendant between April 18, 2014 and July 19, 2014 demanding an end to the solicitation text messages, the harassing communication continued.

20. Plaintiff received the following identical text message on numerous occasions, including but not limited to 07/29/2014 at 04:14:22 pm, 08/05/2014 at 02:56:04 pm, 08/09/2014 at 01:35:51 pm, 08/15/2014 at 04:04:20 pm:

> Everything Must Go NOW ! SaferWholesale.com – Call 1-866-606-3991 Biggest Sale All Year! ALL DAY! Free Delivery! Free Express Shipping + More! Reply Stop 2 Stop.

21. Also, Plaintiff received the following identical text message on numerous occasions, including but not limited to: 08/05/2014 at 06:05:24 pm, 08/05/2014 at 06:05:19 pm, 08/10/2014 at 09:28:01 pm, 08/15/2014 at 06:55:45 pm:

> YOU DESERVE TO TREAT YOURSELF TO SOMETHING NICE ONCE IN AWHILE HUGE SALE HERE ! SAFERWHOLESALE.COM 866-606-3991 Ask for Ray Ext #33

22. Additionally, Plaintiff received the following identical text message on copious occasions, including but not limited to 07/20/2014 at 8:35:43 pm, 07/20/2014 at 8:36:40 pm, 07/20/2014 at 8:37:21 pm, 07/24/2014 at 05:15:35 pm, 07/24/2014 at 10:09:35 pm, 07/28/2014 at 09:46:10 pm, 07/28/2014 at 09:46:43 pm, 07/29/2014 at 02:26:31 pm, 08/01/2014 at 02:40:32 pm, 08/04/2014 at 12:15:16 am, 08/04/2014 at 05:59:26 am, 08/05/2014 at 07:27:01 am, 08/05/2014 at 11:53:13 pm, 08/06/2014 at 07:59:45 am, 08/07/2014 at 08:31:05 am, 08/07/2014 at 11:37:25 pm, 08/07/2014 at 11:38:20 pm, 08/09/2014 at 02:00:23 pm, 08/09/2014 at 09:46:36 pm, 08/10/2014 at 05:46:28 pm, 08/10/2014 at06:21:04 pm, 08/10/2014, at 07:08:07 pm, 08/10/2014 at 07:08:42 pm, 08/10/2014 at 09:28:39 pm, 08/10/2014 at 09:31:26 pm, 08/10/2014 at 06:36:35 pm, 08/12/2014 at 01:17:23 pm, 08/12/2014 at 01:16:10 pm, 08/12/2014 at 01:17:23 pm, 08/14/2014 at 09:11:42 am, 08/14/2014 at 09:12:30 am, 08/14/2014 at 09:13:55 am, 08/14/2014 at 09:59:24 am, 08/14/2014 at 12:18:37 pm, 08/14/2014 at 11:32:01 pm, 08/15/2014 at 12:28:58 am, 08/15/2014 at 08:39:53 am, , 08/15/2014 at 07:35:21 pm, 08/15/2014 at 11:02:39

pm, 08/15/2014 at 11:11:16 pm, 08/16/2014 at 01:18:11 pm, 08/16/2014 at 08:29:19 pm, 08/25/2014 at 06:14:38 am, 08/25/2014 at 05:26:03 pm, 08/25/2014 at 05:27:58 pm, 08/26/2014 at 03:22:18 am, 08/27/2014 at 12:20:40 am, and 08/27/2014 at 06:16:14 am:

> You are subscribed to the following LIST(S) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.

23. On or about July 19, 2014, Plaintiff again contacted Defendant via telephone at (866) 606-3991 in an attempt to demand they put an end to the harassing text messages, and spoke with an agent/representative named "Justin," who was verbally aggressive with Plaintiff in response to Plaintiff's demand that the solicitation text messages stop, and concluded the phone call by saying to Plaintiff "have a horrible day."

24. That same day, on or about July 19, 2014, Plaintiff spoke with another agent/representative of Defendant named "Bob," who apologized to Plaintiff, and again, assured Plaintiff that the solicitation text messages would stop.

25. Defendant has placed approximately two hundred (200) such solicitation text messages to Plaintiff's aforementioned cellular telephone number since April of 2014, through the filing of this Complaint. (See Attached Exhibit "A" which represents a non-exclusive log of 75 text messages from July 16, 2014 to August 15, 2014.)

26. Plaintiff replied "Stop," as directed in the text messages received from Defendant, every day that he received a solicitation text message to his cellular telephone, on many occasions multiple times a day, only to be ignored.

27. Plaintiff revoked any consent Defendant had, or believed to have had, to contact him on his cellular telephone using an automated telephone dialing system.

28. Despite actual knowledge of their wrongdoing, the Defendant continued the campaign of abuse, sending solicitation text messages to the Plaintiff, despite knowing they did not having his express permission to text his aforementioned cellular telephone number.

29. Defendant's corporate policy and procedures provided no means for the Plaintiff to have his aforementioned cellular number removed from the solicitation text list.

30. Defendant has a corporate policy of using an automatic telephone dialing system, just as it did when texting the Plaintiff's aforementioned cellular telephone number, as described herein.

31. Defendant's corporate policy and procedures is structured as to continue to text individuals like the Plaintiff, despite these individuals revoking any consent the Defendant may have had.

32. Defendant has a corporate policy to harass and abuse individuals despite actual knowledge that the texted parties do not consent to the messages.

33. Defendant has many similar complaints from consumers across the country as those alleged in this lawsuit by Plaintiff.

34. None of Defendant's text messages placed to Plaintiff were for "emergency purposes," as specified in 47 U.S.C. §227(b)(1)(A).

35. Defendant violated the TCPA with respect to the Plaintiff.

36. Defendant, willfully and/or knowingly violated the TCPA with respect to the Plaintiff.

## COUNT I
### (Violation of the TCPA)

37. Plaintiff incorporates Paragraphs one (1) through thirty-six (36).

38. Defendant caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

39. Defendant willfully and knowingly caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable.

Respectfully submitted,

*/s/ Amanda J. Allen*
**Amanda J. Allen, Esquire**
Florida Bar #: 0098228
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
aallenatforthepeople.com
*Attorney for Plaintiff*

7

From: 555888
Beat The Mid Week Blues @ SaferWholesale.com - 100% FREE Delivery! Free 6 Mo. Warranty! Get $50 Off Any $1000 Purchase - Call 1-866-606-3991
Reply Stop 2 Stop
2014/07/16 02:20:17PM

From: 555888
Friday Super Sale @ SaferWholesale.com - Call 1-866-606-3991 - FREE Delivery, FREE Gift, FREE Warranty & More! Start The Weekend With Savings!
Reply Stop 2 Stop
2014/07/18 12:53:45PM

From: 555888
Ok sorry and you have a great day and be good to yourself because you deserve it!!!!!
2014/07/18 04:51:00PM

From: 555888
HUGE Saturday Sale @ SaferWholesale.com - Call 1-866-606-3991 Be Good To Yourself! You Deserve It! 100% Free Delivery! Free Gift! Free Warr.
Reply Stop 2 Stop
2014/07/19 02:15:25PM

From: 555888
Last Chance For Saturday Night Savings @ SaferWholesale.com - Biggest Sale EVER! $200 OFF Any Item Over $1000 + MORE! Call 1-866-606-3991
Reply Stop 2 Stop
2014/07/19 08:35:17PM

From: 555888
Last Chance For Saturday Night Savings @ SaferWholesale.com - Biggest Sale EVER! $200 OFF Any Item Over $1000 + MORE! Call 1-866-606-3991
Reply Stop 2 Stop
2014/07/19 08:35:17PM

From: 555888
Sunday Sale @ SaferWholesale.com - Buy Now With E-Check & Funds Wont


EXHIBIT A

Debit For Days! Lock In Today's Massive Savings Now! Call 1-866-606-3991
Reply Stop 2 Stop
2014/07/20 02:01:47PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/07/20 08:35:43PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/07/20 08:36:40PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/07/20 08:37:21PM


From: 555888
Monday Super Sale @ SaferWholesale.com - $100 OFF You Favorite Item Over $1000 - Free Delivery! Free Gift! Call 1-866-606-3991 First 50 Orders
Reply Stop 2 Stop
2014/07/21 05:14:43PM


From: 555888
Today Is The Day To BUY @ SaferWholesale.com Save Hundreds! Sit Back and Enjoy 100% Free Shipping, Free Gift & Free Stuff! 1-866-606-3991
Reply Stop 2 Stop
2014/07/22 02:49:47PM


From: 555888
Today Is The Day To BUY @ SaferWholesale.com Save Hundreds! Sit Back and Enjoy 100% Free Shipping, Free Gift & Free Stuff! 1-866-606-3991

Reply Stop 2 Stop
2014/07/22 02:49:47PM


From: 555888
Thursday Super Savings @ SaferWholesale.com - 100% FREE Delivery! Free 6 Month Warranty! Get $50 OFF Any $1000 Purchase - Call 1-866-606-3991
Reply Stop 2 Stop
2014/07/24 11:27:44AM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/07/24 05:15:35PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/07/24 10:09:35PM

From: 555888
Friday Super Sale @ SaferWholesale.com - Call 1-866-606-3991 - FREE Delivery! FREE Gift! FREE Warranty & More! Start The Weekend With Savings!
Reply Stop 2 Stop
2014/07/25 01:06:36PM



From: 555888
Last Chance For Summer Savings @ SaferWholesale.com - Biggest Sale EVER! $200 OFF Any Item Over $1000 + More! Call 1-866-606-3991 Today Only!
Reply Stop 2 Stop
2014/07/26 01:01:35PM



From: 555888
Monday Madness Sale @ SaferWholesale.com 50% OFF Shipping! 100% OFF

Delivery! FREE Gift & More! Dial 1-866-606-3991 First 35 Orders Only!
Reply Stop 2 Stop
2014/07/28 03:55:52PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/07/28 09:46:10PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/07/28 09:46:43PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/07/29 02:26:31PM

From: 555888
Everything Must Go @ SaferWholesale.com - Call 1-866-606-3991 - Free Delivery Right Now! Make Offer On Your Favorite Item Now! Open 24/7
Reply Stop 2 Stop
2014/07/29 04:14:22PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/07/30 11:28:14PM

From: 555888
Friday Super Sale ! SaferWholesale.com - Call 1-866-606-3991 - FREE Delivery! FREE Gift! FREE Warranty & More! Start The Month Of Right! Call!
Reply Stop 2 Stop
2014/08/01 12:29:30PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/01 02:40:32PM

From: 555888
Huge Saturday Sale ! SaferWholesale.com Right Now! Everything Must Go! Lots Of FREE Stuff With ALL NEW Orders Today! Call Now 1-866-606-3991
Reply Stop 2 Stop
2014/08/02 05:03:45PM

From: 555888
Sunday Super Sale ! SaferWholesale.com - Call 1-866-606-3991 - Biggest Sale! FREE Delivery! Free Gift! Free Extended Warranty & More! Call Now
Reply Stop 2 Stop
2014/08/03 05:39:19PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/03 10:27:43PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/04 12:15:16AM

rom: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/04 05:59:26AM

From: 555888
Please text the word STOP
Hello! This is saferwholesale.com Is there a product you are interested in????
2014/08/04 08:26:18AM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/05 07:27:01AM

From: 555888
Everything Must Go Now ! SaferWholesale.com - 1-866-606-3991 - Massive Sale Today! Free Delivery, Free Mystery Gift & More! First 98 Orders! Reply Stop 2 Stop
2014/08/05 02:56:04PM

From: 555888
YOU DESERVE TO TREAT YOURSELF TO SOMETHING NICE ONCE IN AWHILE HUGE SALE HERE ! SAFERWHOLESALE.COM 866-606-3991 Ask for Ray Ext

#33
2014/08/05 06:05:19PM


From: 555888
YOU DESERVE TO TREAT YOURSELF TO SOMETHING NICE ONCE IN AWHILE HUGE SALE HERE ! SAFERWHOLESALE.COM 866-606-3991 Ask for Ray Ext #33
2014/08/05 06:05:24PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/05 11:53:13PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/06 07:59:45AM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/07 08:31:05AM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/07 11:37:25PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/07 11:38:20PM


From: 555888
Friday Super Sale At SaferWholesale.com - Call 1-866-606-3991 - Free Delivery! Free Gift! FREE Warranty & More! Start The Weekend With Savings Reply Stop 2 Stop
2014/08/08 12:34:07PM


From: 555888
Everything Must Go NOW ! SaferWholesale.com - Call 1-866-606-3991 Biggest Sale All Year! ALL DAY! Free Delivery! Free Express Shipping + More!
Reply Stop 2 Stop
2014/08/09 01:35:51PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/09 02:00:23PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/09 09:49:36PM


From: 555888
Sunday Super Sale At SaferWholesale.com - Call 1-866-606-3991 - Biggest

Sale! FREE Delivery! Free Gift! Free Extended Warranty & More! Call Us
Reply Stop 2 Stop
2014/08/10 04:59:13PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/10 05:46:28PM


From: 555888
YOU DESERVE A BREAK ! TREAT YOURSELF TO SOMETHING NICE.. HUGE CLEARANCE SALE HERE ! SAFERWHOLESALE.COM 866-606-3991
2014/08/10 06:17:21PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/10 06:21:04PM


From: 555888
How can I help you?
2014/08/10 07:03:24PM


From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/10 07:08:07PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/10 07:08:42PM

From: 555888
How can I help you?
2014/08/10 07:20:37PM

From: 555888
YOU DESERVE A BREAK ! TREAT YOURSELF TO SOMETHING NICE.. HUGE CLEARANCE SALE HERE ! SAFERWHOLESALE.COM 866-606-3991 .Ask for Ray Ext #33
2014/08/10 09:28:01PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/10 09:28:39PM

From: 555888
CALL NOW 866 606 3991 I HAVE A SPECIAL DEAL FOR YOU! CALL NOW!!!!!!!!!!!!!!!
2014/08/10 09:29:47PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only

unsub from that list otherwise reply STOP to unsub from all.
2014/08/10 09:31:26PM

From: 555888
WHAT CAN I DO TO EARN YOUR BUSINESS TODAY?
2014/08/10 09:36:25PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/10 09:36:35PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/12 01:17:23PM

From: 555888
Call Ray Today ! 866-606-3991 HUGE SALE ! SAFERWHOLESALE.COM
2014/08/12 05:13:44PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/12 01:16:10PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only

unsub from that list otherwise reply STOP to unsub from all.
2014/08/12 01:17:23PM

From: 555888
Tuesday Super Sale AT SaferWholesale.com - Call Now 1-866-606-3991 - GET 100% OFF SHIPPING & DELIVERY! First 50 Orders Only! OPEN ALL DAY!
Reply Stop 2 Stop
2014/08/12 12:19:05PM

From: 555888
Beat The Mid Week Blues At SaferWholesale.com - 100% FREE Delivery! Free 6 Mo. Warranty! Get E50 Off E1000 Or More - Dial 1-866-606-3991
Reply Stop 2 Stop
2014/08/13 06:37:46PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/14 09:11:42AM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/14 09:12:30AM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/14 09:13:55AM

From: 555888
Hello this is saferwholesale.com Is there a product you want to purchase?????
2014/08/14 09:58:14AM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/14 09:59:24AM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/14 12:18:37PM

From: 555888
Hello how are you today?
2014/08/14 06:27:51PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/14 11:32:01PM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/15 12:28:58AM

From: 555888
You are subscribed to the following LIST(s) = Safer. Reply LIST STOP to only unsub from that list otherwise reply STOP to unsub from all.
2014/08/15 08:39:53AM