UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NORMAN WERNER,

    Plaintiff,

CASE NO.: 5:14-cv-524-Oc-34PRL

-vs-

GREAT SPORTS, INC., d/b/a
SAFERWHOLESALE.COM,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Norman Werner, by and through the undersigned counsel, hereby notifies this honorable Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Gary Briden, President of Great Sports, INC. 108 McDonough St., Joliet, IL 60436, Tel: 866-606-399, Fax: 815-531-3513 sales@saferwholesale.com via facsimile, electronic mail and U.S. Mail on this __4th__ day of November, 2014.

                                                       */s/ Amanda J. Allen*
                                                      Amanda Allen, Esquire
                                                      Morgan & Morgan, Tampa, P.A.
                                                      One Tampa City Center
                                                      201 N. Franklin Street, 7th Floor
                                                      Tampa, FL 33602
                                                      Tele: (813) 223-5505
                                                      Fax: (813) 223-5402
                                                      AAllen@ForThePeople.com
                                                      Florida Bar #: 0098228
                                                      Attorney for Plaintiff