**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NORMAN WERNER,

            Plaintiff,

v.                               Case No. 5:14-cv-524-Oc-34PRL

GREAT SPORTS, INC., d/b/a
SaferWholesale.com,

            Defendant.
_____

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 8; Notice) filed on December 18, 2014. In the Notice, Plaintiff seeks dismissal of this matter with prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice**.

2.     The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Chambers, this 19th day of December, 2014.

                                                      MARCIA MORALES HOWARD
                                                      United States District Judge

ja

Copies to:

Counsel of Record